

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted August 28, 2015
Decided September 2, 2015

**By the Court:**

| | |
|---|---|
| ANDREW C. KOONS,<br>　*Applicant*, | On Motion for an Order Authorizing the District Court to Entertain a Second or Successive Motion for Collateral Review. |
| No. 15-2865 | |
| *v.* | |
| UNITED STATES OF AMERICA,<br>　*Respondent*. | |

### O R D E R

Recently, this court issued an order denying authorization of Andrew Koons' second application under 28 U.S.C. § 2244(b)(3), which sought authorization to file a successive collateral attack in reliance on *Johnson v. United* States, 135 S. Ct. 2551 (2015). *See Koons v. United States*, No. 15-2465 (7th Cir. July 16, 2015) (denying authorization); *id*. (Or. of Aug. 6, 2015) (order resolving Koons' petition for rehearing). Simultaneously, Koons filed a lawsuit in the district court also arguing a claim under *Johnson*. The district court construed the action as a collateral attack and transferred the papers to this court for review under § 2244(b). We **DISMISS** the application, which is a duplicate of case number 15-2465.